# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Sparta Inc. | ) ASBCA No. 59937 |
| | ) |
| Under Contract No. HQ0006-06-F-0002 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:       Kevin J. Slattum, Esq.
                                     Mary E. Buxton, Esq.
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                       DCMA Chief Trial Attorney
                                     Carol L. Matsunaga, Esq.
                                       Senior Trial Attorney
                                       Defense Contract Management Agency
                                       Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59937, Appeal of Sparta Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals